IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALAN B. YERMAL,

       Appellant,

v.

Case No. 5D22-2222
LT Case No. 2010-CF-000639

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed February 21, 2023

3.800 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Alan B. Yermal, Bushnell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, HARRIS and JAY, JJ., concur.